Opinion issued December 5, 2002








In The

Court of Appeals

For The

First District of Texas

____________


NO. 01-02-01103-CV

____________


IN RE ANITA TAYLOR, Relator






Original Proceeding on Petition for Writ of Mandamus






O P I N I O N

 Relator, Anita Taylor, has filed a petition for writ of mandamus complaining
about the trial court's (1) September 19, 2002 order setting aside a June 13, 2002 no
answer default judgment in her favor.

 We deny the petition for writ of mandamus.

PER CURIAM

Panel consists of Justices Nuchia, Jennings, and Radack.

Do not publish. Tex. R. App. P. 47.
1. The Honorable Jack Cagle, judge of the Harris County Civil Court at Law
Number One. The underlying proceeding is trial court cause number 768, 985; styled
Anita Taylor v. Mike Knobelock d/b/a Church's Chicken.